UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANGELA C. CADY, | ) | |
| | ) | |
| Petitioner, | ) | 2:11-cv-01561-JCM-VCF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

This is a habeas corpus petition pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Before the court is respondents' motion to dismiss (ECF #11), which was filed on December 5, 2011. On December 6, 2011, the court filed its order advising the parties of the requirements of *Klingele v. Eikenberry* and *Rand v. Rowland* (ECF #15).

The court granted petitioner's motion to extend time to respond to the motion to dismiss on January 31, 2012 (ECF #20). That order directed petitioner to file her response within thirty (30) days. More than the allotted time has elapsed and petitioner has not filed a response to the motion to dismiss or filed any other document.

In the motion to dismiss, respondents contend that the petition must be dismissed as unexhausted and not cognizable (ECF #11). *See* 28 U.S.C. § 2254(b); *Stone v. Powell*, 428 U.S. 465, 494 (1976), respectively. Pursuant to the provisions of Local Rule 7-2, petitioner's failure to respond to the motion is a concession on her part that the arguments are valid. Therefore, the motion to dismiss shall be granted.

1   **IT IS THEREFORE ORDERED** that respondents' motion to dismiss the petition (ECF #11) is **GRANTED.**

**IT IS FURTHER ORDERED** that respondents' motion for leave to file exhibits under seal (ECF #16) is **GRANTED**.

**IT IS FURTHER ORDERED** that the clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED May 2, 2012.

_____
UNITED STATES DISTRICT JUDGE